E-FILED
Thursday, 07 September, 2017 11:21:08 AM
Clerk, U.S. District Court, ILCD

SEP 0 6 2017

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 17-CR-200 46 |
| vs. | ) | Title 18, United States Code, Section 922(g)(1) |
| HOWARD JOHNSON, | ) | |
| Defendant. | ) | |

## INDICTMENT

### COUNT 1
(Possession of a Firearm by a Felon)

THE GRAND JURY CHARGES:

On or about August 5, 2017, in Kankakee County, in the Central District of Illinois,

**HOWARD JOHNSON,**

defendant herein, having been previously convicted in a court in the State of Illinois of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, that is, a Ruger .357 caliber handgun bearing serial number 151-66289.

In violation of Title 18, United States Code, Section 922(g)(1).

### FORFEITURE ALLEGATION

THE GRAND JURY CHARGES:

1.  The Grand Jury re-alleges and incorporates by reference the allegations of Count One of this Indictment as though fully set forth herein, for the purpose of

alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. On or about August 5, 2017, in the Central District of Illinois,

**HOWARD JOHNSON,**

defendant herein, did engage in a knowing violation of Title 18, United States Code, Section 922(g), thereby subjecting to forfeiture to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to, a Ruger .357 caliber handgun bearing serial number 151-66289, and all ammunition contained therein.

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 924(d).

A TRUE BILL.
s/Foreperson

FOREPERSON

s/John Childress

PATRICK D. HANSEN
Acting United States Attorney
BDF